UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 24-61195-CIV-MARTINEZ-VALLE**

TIFFANY (NJ) LLC,

                Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                Defendants.

_____/

## <u>DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION</u>

**THIS MATTER** was referred to the Honorable Alicia O. Valle, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff Tiffany (NJ) LLC's ("Plaintiff's") Motion for Entry of Default Final Judgment Against Defendants ("Motion"), (ECF No. 37). Judge Valle filed an R&R recommending that the Motion be granted. (ECF No. 39). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Judge Valle's R&R, (ECF No. 39), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that Plaintiff's Motion for Entry of Final Default Judgment, (ECF No. 37), is **GRANTED**. Judgment is hereby entered in favor of Plaintiff, Tiffany (NJ) LLC ("Plaintiff"), and against Defendants, the Individuals, Business Entities, or Unincorporated Associations identified on Schedule "A" hereto, on all Counts of the Amended Complaint as follows:

1.    <u>Permanent Injunctive Relief</u>:

Defendants, their officers, directors, employees, agents, representatives, servants, subsidiaries, distributors, attorneys, and all persons acting in concert and participation with the Defendants are hereby permanently restrained and enjoined from:

      a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using Plaintiff's trademarks, or any confusingly similar trademarks, identified in Paragraph 15 of the Amended Complaint (the "Tiffany Marks");

b.    using the Tiffany Marks in connection with the sale of any unauthorized goods;

c.    using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

d.    falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

e.    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiff;

f.    using any reproduction, counterfeit, copy, or colorable imitation of the Tiffany Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

g.    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiff or in any way endorsed by Plaintiff and from offering such goods in commerce;

h.    otherwise unfairly competing with Plaintiff;

i.    using the Tiffany Marks, or any confusingly similar trademarks, within domain name extensions or on e-commerce marketplace websites, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to e-commerce stores or seller names registered by, owned, or operated by Defendants, including the Internet based e-commerce stores operating under the seller names identified on Schedule "A" (the "E-commerce Store Names"); and

j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2.    <u>Additional Equitable Relief</u>:

a.    In order to give practical effect to the Permanent Injunction, and upon Plaintiff's request, the E-commerce Store Names identified on Schedule "A" hereto are hereby ordered to be immediately transferred by the corresponding Defendants, their assignees and/or successors in interest or

title, and the Registrars to Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the E-commerce Store Names identified on Schedule "A" hereto to Plaintiff's control within five (5) days of receipt of this Judgment, upon Plaintiff's request, those corresponding Defendants and the top level domain (TLD) Registry for each of the E-commerce Store Names, or their administrators, including backend registry operators or administrators, shall, within thirty (30) days, (i) change the Registrar of Record for the E-commerce Store Names to a Registrar of Plaintiff's choosing, and that Registrar shall transfer the E-commerce Store Names to Plaintiff, or (ii) place the E-commerce Store Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the E-commerce Store Names to the IP addresses where the associated websites are hosted;

b.    Defendants, their agent(s) or assign(s), shall assign in writing all rights, title, and interest, to their E-commerce Store Names identified on Schedule "A" hereto to Plaintiff and, if within five (5) days of receipt of this Order, Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

c.    Defendants, their agent(s) or assign(s), shall instruct in writing all search engines to permanently delist or deindex the E-commerce Store Names identified on Schedule "A" hereto and, if within five (5) days of receipt of this Order, Defendants fail to make such a written instruction, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

d.    Plaintiff may serve this injunction on any Internet search engines with a request that they permanently disable, deindex or delist any specific URLs identified by Plaintiff, based upon Defendants' unlawful activities being conducted via the E-commerce Store Names as a whole and via the URLs identified by Plaintiff;

e.    Plaintiff may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses which are used by Defendants in connection with Defendants' promotion, offering for sale, and/or sale of goods using counterfeits, and/or infringements of the Tiffany Marks);

f.    Upon Plaintiff's request, Defendants shall request, in writing, permanent termination of any messaging services, usernames, e-commerce stores, and social media accounts they own, operate, or control on any messaging service, e-commerce marketplace platform, or social media website;

g.   Upon Plaintiff's request, the Internet marketplace website operators and/or administrators, including but not limited to eBay.com, Facebook.com, Instagram.com, Szwego.com, TikTok.com, and Yupoo.com, shall permanently remove any and all listings and associated images of goods bearing and/or using counterfeits and/or infringements of the Tiffany Marks via the e-commerce stores operating under the E-commerce Store Names, and any other listings and images of goods bearing and/or using counterfeits and/or infringements of the Tiffany Marks associated with or linked to the same seller or linked to any other alias e-commerce stores or seller names being used and/or controlled by Defendants to promote, offer for sale and/or sell goods bearing and/or using counterfeits and/or infringements of the Tiffany Marks; and

h.   Upon Plaintiff's request, Defendants and any Internet marketplace website operators and/or administrators who are in possession, custody, or control of Defendants' goods bearing and/or using one or more of the Tiffany Marks, including but not limited to eBay.com, Facebook.com, Instagram.com, Szwego.com, TikTok.com, and Yupoo.com, shall permanently cease fulfillment of and sequester those goods, and surrender the same to Plaintiff.

3.   Statutory Damages pursuant to 15 U.S.C. § 1117(c):

a.   Award Plaintiff damages of $100,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that each Defendant infringed at least one trademark on one type of good. The Court considered both the willfulness of Defendants' conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range of 15 U.S.C. § 1117(c).

4.   Pursuant to 15 U.S.C. § 1116, 28 U.S.C. § 1651(a), The All Writs Act, Federal Rule of Civil Procedure 65, and the Court's inherent authority, upon Plaintiff's request, Defendants and any financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to PayPal, Inc. ("PayPal") and eBay Commerce, Inc. ("eBay") and their related companies and affiliates, are to immediately (within five (5) business days) identify, restrain, and surrender to Plaintiff all funds, up to and including the total amount of judgment, in all financial accounts and/or sub-accounts used in connection with the E-commerce Store Names used by Defendants presently or in the future, as well as any other related E-commerce Store Name(s) and account(s) of the same customer(s), and any other account(s) which transfer funds into the same financial institution account(s). Such financial accounts and/or sub-accounts shall remain restrained until such funds are surrendered to the Plaintiff in partial

satisfaction of the monetary judgment entered herein. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms including but not limited to, PayPal, eBay, and their related companies and affiliates, shall provide to Plaintiff at the time any funds are surrendered, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiff.

5.      Interest from the date this action was filed shall accrue at the legal rate. See 28 U.S.C. § 1961.

6.      The bond posted by Plaintiff in the amount of $10,000.00 is **ordered to be released** by the Clerk.

7.      This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**.  The Court retains jurisdiction to enforce this Judgment and permanent injunction.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of December 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Valle
All Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY E-COMMERCE STORE NAME,
## FINANCIAL ACCOUNT INFORMATION, AND MEANS OF CONTACT

| Def. No. | Defendant / E-commerce Store Name | Payee Information | Merchant ID / Transaction Number | PayPal E-mail | Additional Means of Contact |
|---|---|---|---|---|---|
| 1 | adorbeth.com | adorbeth | | adorbethservice@gmail.com | adorbethservice@gmail.com adorbethservice@gmail.com store+80372695333@t.shopifyemail.com |
| 2 | Alisa Li | 琦 张 | | 1303300637@qq.com | WhatsApp: +86 186 9795 7423 |
| 3 | allbrandstyle.cn | Wan Zhaofu | | bryanwan@vip.qq.com | service@allbrandstyle.cn extrust@gmail.com WhatsApp: +86 137 6087 0619 |
| 4 | annahparker.com a.k.a. vtyew.top a.k.a. finepaymtt.com | Nubodysoles | FTJ286CVLXHQG | mykael.marshall@hotmail.com | e@chiefratt.com REG_20975525@WHOISPROTECTION.CC |
| 4 | brookslindsey.com | Edvard Rosing @EdvardRosing3 | | kalistratovmihail5@gmx.ch | e@chiefratt.com service@https://www.brookslindsey.com |
| 5 | beluxe.vn a.k.a beriche.com.vn | NINH NGUYEN @HermesClub128 | 36U78XSKKJA2C | | Beriche.everdayHermes@gmail.com WhatsApp: +84 96 108 33 33 |
| 6 | bestjennyisme | 勇 熊 | | roseliamuramoto0@gmail.com | WhatsApp: +86 139 7118 2135 |
| 7 | cartisphere.com | Jonche Ristov | | pay@cartisphere.com | contact@cartisphere.com newsletter@cartisphere.com |
| 8 | charlionoht a.k.a. fendisunshinebag | | | fashionscarfhat@yahoo.com | blindamiler@gmail.com WhatsApp: +86 150 8018 9586 |

| 9 | chinashoesfactory a.k.a. China shoes | 賽鶴 昊 | | thinkstart820@gmail.com | thinkstart820@gmail.com<br><br>WhatsApp: +86 170 4052 6004 |
|---|---|---|---|---|---|
| 10 | Cia's Jewelry | Janie ann Ocampo | | yhen.ocampo@yahoo.com | Facebook DM |
| 11 | cicoart1.com | cicoart | | cicoart1lan@gmail.com | cicoart1lan@gmail.com PW-0BE6E5FE6BC672FC870B53A42D678200@PRIVACYGUARDIAN.ORG |
| 11 | | 福清市高山联明汽车快修公司 | 6HHDQ2PSMK5GC | | cicoart1lan@gmail.com PW-0BE6E5FE6BC672FC870B53A42D678200@PRIVACYGUARDIAN.ORG |
| 12 | demarca__ph | | | mellowmiles.mm@gmail.com | Instagram DM |
| 13 | Designer jewelry | | | Libertygift@hotmail.com | Sell@dazgirl.shop<br><br>WhatsApp: +86 135 3423 6539 |
| 14 | Erin Minyond | | | minyond_gems@163.com | WhatsApp: +86 136 6071 8302 |
| 15 | getjewelrys.com | Wu Xinxin | SBDHRWU73VSHW | maryjohna@hotmail.com | getbraceletinfo@gmail.com |
| 16 | gl_cocosneakers a.k.a cocokickofficial.com a.k.a. cocokickcc.ru a.k.a. cocokick.best | 佳 李 | | m13030826637@163.com | offices@cocokickofficial.com official@cocokick.best support@cocokick.services<br><br>WhatsApp: +86 187 6054 0853 |
| 17 | hypeunique.online | hypeunique | PU95P2HG39FQ2 | | support@hypeunique.online contact.hypeunique@gmail.com |

| | | | | |
|---|---|---|---|---|
| 18 | inluxeking.com | 郭斌生 | | my18kjewelry@126.com | info@inluxeking.com reliveluxuryjewelry@gmail.com customjewelry@inluxeking.com saleluxuryjewelry@gmail.com<br><br>WhatsApp: +1 (920) 557-4714 |
| 18 | my18kjewelry | | | my18kjewelry@126.com | WhatsApp: +1 (920) 557-4714 |
| 19 | insdrip.com | Miaoyan Sale E-commerce | | slowman2020@outlook.com | support@insdrip.com store+60231876778@t.shopifyemail.com |
| 20 | josiejewelry.com | 枝江市骊犇商贸有限公司 | | nihuacipx81@163.com | josiejewelry@outlook.com |
| 21 | lanstia.com | Najeste | RDFRTSGEL76Y8 | | anjeste121@gmail.com |
| 22 | leixluxury a.k.a. leixluxury.com | | | sandoos@163.com | kingjewelry@163.com<br><br>WhatsApp: +12628068175 |
| 23 | lovebagfans.com.co | 陈 玉婷 @piperfinn78 | D2CV9XHSYA8YC | | lovebagfans@outlook.com<br><br>WhatsApp: +852 6636 4784 |
| 24 | lovejewellry.com | Shenzhen Paipaiwo Network Technology Co., Ltd. | G5BPUNA59YCTU | | tomzxw@outlook.com maskjack315@gmail.com |
| 24 | lovejewlery.com | Shenzhen Paipaiwo Network Technology Co., Ltd. | G5BPUNA59YCTU | Jinyou8272@gmail.com | tomzxw@outlook.com maskjack315@gmail.com |
| 24 | | Shenzhen Paipaiwo Network Technology Co., Ltd. | G5BPUNA59YCTU | | tomzxw@outlook.com maskjack315@gmail.com |

| 25 | lovemjy.com | 长汀县寻众百货店（个体工商户） | GL2URW7U9BVWJ | | support@ringsmile.com<br>support@clover-jewelry.com |
|----|-------------|---------------------------------|----------------|--|-------------------------------------------------------|
| 26 | Luxury goods factory direct sales<br>a.k.a<br>KIM<br>a.k.a.<br>2916172105c | Fuan Ertong Department Store<br><br>福安市贰简百货商行 | A7HC9ZFRBG85W | 1610908826@qq.com | WhatsApp: +86 133 7697 3090 |
| 27 | luxurylin001<br>a.k.a.<br>luxurylin | Ian Loh | | ian_spy16@hotmail.com | lzongwen91@gmail.com<br><br>WhatsApp: +86 157 5935 5195 |
| 28 | luxuryonsale.co.uk | luxuryonsale.co.uk | | info@luxuryonsale.co.uk | info@luxuryonsale.co.uk |
| 29 | monogramluxe.co | CÔNG TY TNHH DUY MINH TECH | 5U7483AAALTRJ<br><br>7Z2UUNMBJCKK6 | support@dumitech.store | contact@monogramluxe.co |
| 30 | monogramluxe.net | | J7MELXQDE3G54 | | contact@monogramluxe.net<br>LUONGDINH1652@GMAIL.COM |
| 31 | nynluxury.com | | M3YJ8F4QCQRXE<br><br>QDDFV38HBCULJ | 1767747290@qq.com<br><br>nynluxury@outlook.com | zhu56468@gmail.com |
| 32 | | 文 智弘 @41y8 | KF29JLWXMCQWA | | lagreen511@gmail.com<br>support@ohotbag.shop<br>sales@ohotbag.shop |
| 32 | ohotbag.shop | 文 智弘 @41y8<br><br>智弘 文 | | asd763881227@163.com | support@ohotbag.shop<br>cntopshoes@gmail.com<br>lagreen511@gmail.com<br>sales@ohotbag.shop |

| 32 | oqsybag.shop | 文 智弘 @41y8 | KF29JLWXM CQWA | | support@oqsybag.shop lagreen511@gmail.com sales@oqsybag.shop |
|---|---|---|---|---|---|
| 32 | osrrbag.shop | 文 智弘 @41y8 | KF29JLWXM CQWA | | lagreen511@gmail.com support@osrrbag.shop sales@osrrbag.shop |
| 32 | ossrbag.shop | 文 智弘 @41y8 | KF29JLWXM CQWA | | lagreen511@gmail.com support@ossrbag.shop sales@ossrbag.shop |
| 32 | oxuhbag.shop | 文 智弘 @41y8 | KF29JLWXM CQWA | | support@oxuhbag.shop alexissaveryprpews@gmail.com sales@oxuhbag.shop |
| 32 | pacubag.shop | 文 智弘 @41y8 | KF29JLWXM CQWA | | support@pacubag.shop cntopshoes@gmail.com worldsroderickthyiqph@gmail.com sales@pacubag.shop |
| 32 | pgslbag.shop | 文 智弘 @41y8 | KF29JLWXM CQWA | | support@pgslbag.shop lagreen511@gmail.com cntopshoes@gmail.com sales@pgslbag.shop |
| 32 | pwzbag.shop | 文 智弘 @41y8 | KF29JLWXM CQWA | | support@pwzbag.shop sales@pwzbag.shop lagreen511@gmail.com |
| 32 | pxtzbag.shop | 文 智弘 @41y8 | KF29JLWXM CQWA | | support@pxtzbag.shop worldsroderickthyiqph@gmail.com sales@pxtzbag.shop |
| 32 | pymbag.shop | 文 智弘 @41y8 | KF29JLWXM CQWA | | support@pymbag.shop lagreen511@gmail.com sales@pymbag.shop |
| 32 | qdbbag.shop | 文 智弘 @41y8 | KF29JLWXM CQWA | | support@qdbbag.shop lagreen511@gmail.com sales@qdbbag.shop |

| 32 | qxubag.shop | 文智弘 @41y8 | KF29JLWXM CQWA | | support@qxubag.shop lagreen511@gmail.com sales@qxubag.shop |
| 32 | ruyubag.shop | 文智弘 @41y8 | KF29JLWXM CQWA | | support@ruyubag.shop alexissaveryprpews@gmail.com sales@ruyubag.shop |
| 32 | uwtrbag.shop | 文智弘 @41y8 | KF29JLWXM CQWA | | support@uwtrbag.shop alexissaveryprpews@gmail.com sales@uwtrbag.shop |
| 32 | vxixbag.shop | 文智弘 @41y8 | KF29JLWXM CQWA | | support@vxixbag.shop alexissaveryprpews@gmail.com sales@vxixbag.shop |
| 32 | wntbag.shop | 文智弘 @41y8 | KF29JLWXM CQWA | | support@wntbag.shop cntopshoes@gmail.com sales@wntbag.shop |
| 32 | wsvslbag.shop | 文智弘 @41y8 | KF29JLWXM CQWA | | support@wsvslbag.shop worldsroderickthyiqph@gmail.com sales@wsvslbag.shop |
| 33 | peakhook.is | MeetCadeau Co., Ltd. | | vinking-wiio@outlook.com | cspeakhook@gmail.com |
| 34 | popshoeofficial.com | | KC5DQ8PTHESJ6 | | popshoeofficial@gmail.com |
| 35 | projewelrys.com | 国张 | | zhangguovip@hotmail.com | support@Projewelrys.com PW-C51E5A08A1E9A02C6C722AED7A88CF37@PRIVACYGUARDIAN.ORG |
| 36 | repskiller.org a.k.a. repskiller.co | 金钟朱 | | zjzbest2022@163.com | repskillerservice@gmail.com support@repskiller.co WhatsApp: +852 7076 8774 |
| 37 | Rivaayat.co | Sam Faisal | | samfaisal@live.com | care@rivaayat.co store+82527519032@t.shopifyemail.com |

11

| | | Sneakerhead Fashion | CFZRDQURA677J | | support@sneakerheadfashions.com 2C4CE71FDE4345F68874427CE7630423.PROTECT@WITHHELDFORPRIVACY.COM |
| 38 | sneakerheadfashions.com | | | | confirm@sneakerheadfashions.com support@sneakbagstores.com marketing@sneakerheadfashions.com marketing.fashions@sneakerheadfashions.com |
| | | NGUYEN CONG TRINH | NB4A5VFUGQGF2 | nctrinh139@gmail.com | |
| 39 | sneakerswhere_com a.k.a. SneakersWhere Official a.k.a. sneakerswhere.com | 南康区小陈推拿店 | | kickluo@gmail.com | sneakerswhere@gmail.com WhatsApp: +86 150 8393 5453 |
| 40 | stockxkicks.com | 广州晓紫贸易店 | | ElmoMerfeldr@gmail.com | service@stockxkicks.com WhatsApp: +1 (424) 467-8020 |
| 41 | supstagemy.com a.k.a. supstage.official a.k.a. Supstage.Jason | | | Kerkchenping.tenby@gmail.com | Kerkchenping.tenby@gmail.com SUPSTAGEMY.COM@CONTACTPRIVACY.COM WhatsApp: +60 17-978 4022 |
| 42 | topqualityproductseller | 福金 温 | | 482198112@qq.com | WhatsApp: +86 151 0591 3221 |
| 43 | werep.ru | | | | cs.wereplica@gmail.com wereplica@gmail.com werep.teamsp@gmail.com |
| | | TRANG LE | | cbin68206@gmail.com | |
| 43 | werep.is | | | | cs.wereplica@gmail.com wereplica@gmail.com werep.teamsp@gmail.com |
| | | PVN | 896HS6P2Y7A5Q | | |
| 44 | Wholesale Luxury Boutique | | | 13759573580@163.com | WhatsApp: +86 152 2302 8067 |

| | | | | | |
|---|---|---|---|---|---|
| 45 | wonderwooden.com | 河南确进商贸有限公司<br><br>河南三赛新能源有限公司 | 2JR56Q5VDUCAN<br><br>GDXN4WKRJRGX8 | fasionn@163.com<br><br>servicechanglan@gmail.com | service@wonderwooden.com |
| 46 | wosstoretogo.myshopify.com | alex tavarez | | bryan.tavarez2023@hotmail.com | WhatsApp: +1 (787) 452-1345 |
| 46 | worldofshoesstore.com | Alex Tavarez | | bryan.tavarez2023@hotmail.com | info@worldofshoesstore.com<br>WORLDOFSHOESSTORE.COM@CONTACTPRIVACY.COM<br><br>WhatsApp: +1 (787) 452-1345 |
| 47 | 365buysneakers.com | | PGYMPB6RVVAVL | | forvin.inc@gmail.com<br>cs@365buysneakers.com<br>ipip@365buysneakers.com<br>mikelin1535@163.com<br><br>WhatsApp: +86 189 5071 0211 |
| 48 | 86 171 7794 2698<br>a.k.a.<br>High end luxury<br>a.k.a.<br>a201811192306550310156320<br>a.k.a.<br>86 152 0597 9595 | | | 184490237@qq.com | WhatsApp: +86 171 7794 2698<br>WhatsApp: +86 152 0597 9595 |
| 49 | lijunyang | eBay Commerce Inc. | eBay Transaction Number: 516297630U470374K | | |